UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARDEN STATE EQUITIES, INC., COLONNADES TOWER ASSOCIATES, L.P., OAKWOOD REALTY CO., LLC, GLASS TOWER ASSOCIATES, L.P., and AHRON KIRZNER<br><br>Plaintiffs,<br><br>v.<br><br>DEANE EARL ROSS, STONEPINE, INC., WILSHIRE INVESTMENTS CORPORATION, F.D. WORTH, L.P., ASSOCIATED FINANCIAL CORPORATION, and YORKSHIRE INVESTMENTS, LLC<br><br>Defendants. | Civil Action No. 05-0085 (PGS)<br><br>**ORDER** |

This matter, having been opened to the Court on a motion for summary judgment, and the Court having considered the briefs and oral arguments of the parties, and for the reasons set forth in the record, and for good cause having been shown,

IT IS on this 31st day of July, 2008,

ORDERED that the motion for summary judgment dismissing Count 5 of the second amended complaint (tortious interference) is granted.

July 31, 2008

_____
PETER G. SHERIDAN, U.S.D.J.