# GIBSON, DUNN & CRUTCHER LLP

### LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

JHerfort@gibsondunn.com

November 17, 2008

| | |
|---|---|
| Direct Dial | Client No. |
| (212) 351-3832 | T 98375-00001 |
| Fax No. | |
| (212) 351-5258 | |

**VIA ECF AND FEDERAL EXPRESS**

SO ORDERED: *Peter Sheridan*
DATED: 11/18/08

The Honorable Peter G. Sheridan
United States District Judge
Martin Luther King, Jr. Federal Building
and United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *Garden State Equities, Inc., et al. v. Deane Earl Ross, et al.*,
       No. 05 Civ. 00085 (PGS) (ES)

Dear Judge Sheridan:

On behalf of plaintiffs and defendants, Mr. Hirsch and I, respectively, request an extension of time until the close of business on November 25, 2008 to reopen the above-entitled action should settlement not be consummated by that time.

As we informed your Chambers this morning, the settlement papers are nearly done and agreed upon, and it is our hope and intention that the settlement will be consummated on or about Thursday, November 20, 2008. However, because the settlement involves not simply exchanging all the necessary signatures, but also turnover of the Colonnades property and related items, we believe it is prudent, given the deadline in Your Honor's outstanding order of November 3, 2008, to have few extra days leeway.

**GIBSON, DUNN & CRUTCHER LLP**

The Honorable Peter G. Sheridan
November 17, 2008
Page 2

    We hope this is satisfactory to Your Honor.

                                          Respectfully submitted,

                                          John A. Herfort
                                          Attorney for Defendants and Counterclaim Plaintiffs

JAH/cjc

cc: George Hirsch, Esq. -- Attorney for Plaintiffs and Counterclaim Defendants (via fax)