**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARDEN STATE EQUITIES, INC., COLONNADES TOWER ASSOCIATES, L.P., OAKWOOD REALTY CO., LLC, GLASS TOWER ASSOCIATES, L.P., and AHRON KIRZNER<br><br>Plaintiffs,<br><br>v.<br><br>DEANE EARL ROSS, STONEPINE, INC., WILSHIRE INVESTMENTS CORPORATION, F.D. WORTH, L.P., ASSOCIATED FINANCIAL CORPORATION, and YORKSHIRE INVESTMENTS, LLC<br><br>Defendants. | Civil Action No. 05-0085 (PGS)<br><br>**ORDER** |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter, and

WHEREAS, the parties have requested an extension of time to reopen the action should settlement not be consummated,

IT IS on this 25th day of November, 2008,

ORDERED that the time to reopen this matter should settlement not be consummated be and hereby is extended to December 2, 2008. The Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of the settlement.

                                                                    PETER G. SHERIDAN, U.S.D.J.