IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------x

GARDEN STATE EQUITIES INC.;
COLONNADES TOWER ASSOCIATES, L.P.;
OAKWOOD REALTY CO., LLC; GLASS
TOWER ASSOCIATES, L.P.;
and AHRON KIRZNER,

    Plaintiffs-Counterclaim Defendants,

    v.

DEANE EARL ROSS; STONEPINE, INC.;
WILSHIRE INVESTMENTS CORP.;
FD WORTH, L.P.; ASSOCIATED FINANCIAL
CORP.; and YORKSHIRE INVESTMENTS, LLC,

    Defendants-Counterclaim Plaintiffs.

---------------------------------x

Honorable Peter G. Sheridan

No. 05 Civ. 00085 (PGS) (ES)

## [PROPOSED] ORDER

The Court has reviewed the Stipulation of Dismissal submitted by the parties, and the terms and conditions of the Settlement Agreement attached to, and incorporated in, this Order. Good cause appearing,

**IT IS ORDERED** that:

1. The Court's prior order dismissing this action with leave to reopen if settlement is not consummated is vacated.

2. This action, including all claims and counterclaims, is dismissed with prejudice.

3. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to this Order.

4. The Court retains exclusive jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the attached Settlement Agreement.

5. Each party is to bear its own fees and costs.

Dated: _December 2_, 2008                              _____
                                                                              Peter G. Sheridan, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------x

| | |
|---|---|
| GARDEN STATE EQUITIES INC.;<br>COLONNADES TOWER ASSOCIATES, L.P.;<br>OAKWOOD REALTY CO., LLC; GLASS<br>TOWER ASSOCIATES, L.P.;<br>and AHRON KIRZNER,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>    v.<br><br>DEANE EARL ROSS; STONEPINE, INC.;<br>WILSHIRE INVESTMENTS CORP.;<br>FD WORTH, L.P.; ASSOCIATED FINANCIAL<br>CORP.; and YORKSHIRE INVESTMENTS, LLC,<br><br>    Defendants-Counterclaim Plaintiffs. | Honorable Peter G. Sheridan<br><br>No. 05 Civ. 00085 (PGS) (ES) |

------------------------------------x

## STIPULATION OF DISMISSAL

The parties have entered into a settlement agreement and, by their undersigned counsel, hereby stipulate to and request the dismissal of this action in accordance with the terms of the annexed Proposed Order.

BRESSLER, AMERY & ROSS, P.C.

By: _____
    George R. Hirsch, Esq.   12/1/08
325 Columbia Turnpike
Florham Park, New Jersey 07932
Tel: (973) 514-1200

Attorneys for Plaintiffs-Counterclaim
Defendants

GIBSON, DUNN & CRUTCHER LLP

By: _____
    John A. Herfort, Esq.
    Jerry J. Strochlic, Esq.
    Aric H. Wu, Esq.

200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000

Attorneys for Defendants-Counterclaim
Plaintiffs